UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

| | |
|---|---|
| MERCHANTS BANKCARD SYSTEMS OF AMERICA, INC., Debtor | Chapter 11<br>Case No. 16-13224-JNF |

**APPLICATION FOR AND CERTIFICATE OF**
**APPOINTMENT OF CHAPTER 11 EXAMINER**

Pursuant to 11 U.S.C. 1104(c) and Fed. R. Bank. P. 2007.1, William K. Harrington, the United States Trustee for Region One: i) moves the Court to approve John G. Loughnane, Esq. ("Loughnane") to serve as Chapter 11 examiner ("Examiner") for Merchants Bankcard Systems of America, Inc. (the "Debtor") and ii) subject to Court approval, certifies Loughnane's appointment as Examiner.

In support, the United States Trustee respectfully states as follows:

1. A voluntary Chapter 11 petition was filed by the Debtor on August 18, 2016.

2. On September 21, 2016, the Court entered an order directing the appointment of an Examiner to investigate and report to the Court relative to: a sale of some or all of the Debtor's assets pursuant to 11 U.S.C. 363, including which assets are salable and whether selling some or all of the Debtor's assets is in the best interest of the Debtor's creditors and bankruptcy estate; and, as a possible alternative to a sale, whether the Debtor's business could feasibly be reorganized, and if so over what time period, on what terms, and with what funding, and any business, financial or legal obstacles to a reorganization.

3. Subject to Court approval, the United States Trustee has appointed Loughnane as Examiner for the Debtor.

5. Counsel for the United States Trustee conferred with counsel to the Debtor, David B. Madoff, and counsel to Davos Financial Corp., Andrew Z. Schwartz, regarding the potential individuals to be appointed as Examiner.

6. To the best of his knowledge, the United States Trustee is not aware that Loughnane has any connections with the Debtor, known creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee or any persons employed in the office of the United States Trustee, except as set forth in the verified statement ("Statement") that Loughnane will file with the Court on or before Tuesday, September 27, 2016.

WHEREFORE, the United States Trustee prays that the Court indicate its approval of the appointment of John G. Loughnane, Esq. as Examiner for the Debtor by executing this Application in the space below.

Respectfully submitted,

William K. Harrington,
United States Trustee, Region One

By: */s/ Paula R. C. Bachtell*

Paula R. C. Bachtell BBO#564155
United States Department of Justice
John W. McCormack Post Office and Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109
PHONE: (617) 788-0406
FACSIMILE: (617) 565-6368
Paula.bachtell@usdoj.gov

Dated: September 22, 2016

**The Examiner is directed to file his Statement under Fed. R. Bankr. P. 2007.1 with the Court on or before Tuesday, September 27, 2016.**

**The Examiner is further directed to file a written report per 11 U.S.C. 1106(a)(4) and serve the same on the Court, the United States Trustee, and all parties who have filed an appearance on or before Thursday, October 13, 2016 at 12 Noon, and appear before this Court at a hearing on Friday, October 14, 2016 at 10:30 a.m. in Boston.**

**The Examiner may retain professionals, if he determines that such retention is necessary to discharge his duties, with such retention to be subject to Court approval per 11 U.S.C. 327. The Examiner and any professionals retained by the Examiner per any order of this Court shall be compensated and reimbursed for their expenses per 11 U.S.C. 330.**

**The Examiner shall fully cooperate with any government agencies including, but not limited to, any federal, state or local government agency that may be investigating the Debtor, its management, or its financial condition.**

**The Parties are directed to fully cooperate with the Examiner in conjunction with the performance of any of the Examiner's duties and the investigation.**

**APPROVED:**

09/23/2016
______________________________
Hon. Joan N. Feeney
United States Bankruptcy Judge

September ___, 2016

**EXAMINER'S ACCEPTANCE**

John G. Loughnane, Nutter, McClennen & Fish, World trade Center West, 155 Seaport Boulevard, Boston, Massachusetts accepts the foregoing appointment as Examiner for the above Debtor and the duties and responsibilities of the Examiner.

/s/ John G. Loughnane, Esq.
John G. Loughnane BBO # 557599
Nutter, McClennen & Fish
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604
617-439-2521
617-310-9521 (fax)
jloughnane@nutter.com